NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMIN A. RASHID,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2023-2126

---

Appeal from the United States Court of Federal Claims in No. 1:21-cv-02213-EGB, Senior Judge Eric G. Bruggink.

---

## O R D E R

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

2                                                            RASHID V. US

All pending motions are denied as moot.

                                              FOR THE COURT

October 16, 2023
         Date                                 /s/ Jarrett B. Perlow
                                              Jarrett B. Perlow
                                              Clerk of Court


**ISSUED AS A MANDATE:** October 16, 2023